...

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL SLOCUM,**

        **Plaintiff,**

**v.**                                      **Case No:  6:13-cv-1934-Orl-36KRS**

**GARRETT MATYAS,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on December 20, 2013 (Doc. 3).  In the Report and Recommendation, the Magistrate Judge recommends that *pro se* Plaintiff Michael Slocum's ("Plaintiff") Motion for leave to proceed *in forma pauperis* ("IFP Motion") (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed as frivolous and for failure to properly state a claim upon which relief can be granted.  *See* Doc. 3.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's IFP Motion should be denied and the Complaint should be dismissed because the Complaint is frivolous and fails to properly state a claim upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2) (in proceedings *in forma pauperis*, the court shall dismiss the case if, among other things, the case is frivolous or fails to state a claim upon which relief may be granted).  Specifically, the Complaint fails to state a claim under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, because the ADEA limits liability to "employers" and does not allow for individual liability against one who simply works for an "employer," and because the Complaint does not

allege sufficient facts to state a plausible claim for relief.  *See* Doc. 3; *Smith v. Lomax*, 45 F.3d 402, 403 n.4 (11th Cir. 1995) (noting that an individual who is not an employer cannot be liable under the ADEA).  However, based on the fact that Plaintiff is proceeding *pro se*, the Court agrees that Plaintiff should be given an opportunity to file an Amended Complaint.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.  Plaintiff is granted leave to file an Amended Complaint, accompanied by either payment of the filing fee or a completed application for leave to proceed *in forma pauperis*, within **FOURTEEN (14) DAYS** from the date of this Order.

3. In the Amended Complaint, Plaintiff should clearly allege the legal basis of the cause(s) of action he wishes to pursue, whether a constitutional provision, treaty, statute, or common law cause of action.  To the extent Plaintiff continues to allege age discrimination in violation of the ADEA, he should not name Matyas as a defendant unless he also alleges facts showing that Matyas qualifies as an "employer" within the meaning of the ADEA.  Rather, he should name the company that allegedly failed to interview him as a defendant.  Plaintiff should also allege facts supporting his causes of action and showing that they are plausible.

4. Plaintiff's Motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED without prejudice** to refiling it with an Amended Complaint.

5. Failure to file an Amended Complaint within the time provided may result in this case being closed without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding